Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., and John E. Harris, Sp. Asst. to Atty. Gen., for appellant.

Steve Carrigan, of Hope, Ark., for appellee.

PER CURIAM.

Appeal from United States District Court docketed and dismissed without costs to either party in this Court, on stipulation.

UNITED STATES of America, Appellant, v. Nora CARRIGAN (two cases).

Nos. 12379, 12382.

Circuit Court of Appeals, Eighth Circuit.

July 24, 1942.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., and John E. Harris, Sp. Asst. to Atty. Gen., for appellant.

Steve Carrigan, of Hope, Ark., for appellee.

PER CURIAM.

Appeal from United States District Court docketed and dismissed without costs to either party in this Court, on stipulation.

UNITED STATES of America, Appellant, v. P. B. CARRIGAN.

No. 12388.

Circuit Court of Appeals, Eighth Circuit.

July 27, 1942.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., and John E. Harris, Sp. Asst. to Atty. Gen., for appellant.

Steve Carrigan, of Hope, Ark., for appellee.

PER CURIAM.

Appeal from United States District Court docketed and dismissed without costs to either party in this Court, on stipulation.

UNITED STATES of America, Appellant, v. Lillian ROUTON.

No. 12378.

Circuit Court of Appeals, Eighth Circuit.

July 24, 1942.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., and John E. Harris, Sp. Asst. to Atty. Gen., for appellant.

Steve Carrigan, of Hope, Ark., for appellee.

PER CURIAM.

Appeal from United States District Court docketed and dismissed without costs to either party in this Court, on stipulation.

UNITED STATES of America, Appellant, v. D. B. McCASKILL et al.

No. 12385.

Circuit Court of Appeals, Eighth Circuit.

July 24, 1942.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., and John E. Harris, Sp. Asst. to Atty. Gen., for appellant.

McRae & Tompkins, of Prescott, Ark., for appellee.

PER CURIAM.

Appeal from United States District Court docketed and dismissed without costs to either party in this Court, on stipulation.